UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA GAINES HANNA,

       Plaintiff,

                                                  Case No. 04-74910

v.                                                    Hon. John Corbett O'Meara

FARMINGTON PUBLIC SCHOOL DISTRICT,
et al.,

       Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR A MORE DEFINITE STATEMENT**

On December 16, 2004, Plaintiff Gloria Gaines-Hanna, on behalf of herself and her two minor children, filed a pro se lawsuit against the Farmington Public School District and a number of teachers, coaches, and administrators. Plaintiff's 277 page complaint alleges a number of constitutional and statutory violations over a period of ten years. On May 4, 2005, the court granted Defendants' motion to dismiss all claims of Ms. Gaines-Hanna's children because a parent can not represent her children's interests without the assistance of an attorney. The claims of Ms. Gaines-Hanna herself are still pending. Many of the defendants filed a joint answer to Plaintiff's complaint on May 11, 2005. Defendants answered many of Plaintiff's 722 allegations by stating that they "neither admit nor deny the allegations contained therein for lack of knowledge and leave Plaintiffs to their proofs."

On July 6, 2005, Plaintiff filed a Motion for a More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e). Defendants filed a response on July 14, 2005. Plaintiff claims that Defendants' answer is vague and ambiguous and requests that Defendants specifically admit or deny her allegations. However, Rule 12(e) applies only to pleadings to

which a responsive pleading is permitted.  Plaintiff is not permitted to file a response to an answer.  Defendants' answer meets the requirements of Federal Rule of Civil Procedure 8(b), which requires Defendants to explicitly admit or deny each of Plaintiff's allegations, or make a statement that the pleader lacks knowledge or information sufficient to form a belief as to the truth of the allegation, which has the effect of a denial.

      Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's July 6, 2005 Motion for a More Definite Statement is **DENIED**.

                        s/John Corbett O'Meara
                        John Corbett O'Meara
                        United States District Judge

Dated:  July 20, 2005